**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6510**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL A. MORGAN, a/k/a Steve,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:05-cr-00042-JPB-JPM-1)

Submitted:  November 20, 2025                        Decided:  December 23, 2025

Before NIEMEYER, WYNN, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael A. Morgan, Appellant Pro Se.  Jennifer Therese Conklin, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Morgan appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). After reviewing the record, we conclude that the district court did not abuse its discretion in concluding that Morgan did not establish extraordinary and compelling reasons and that, in any event, the 18 U.S.C. § 3553(a) factors counseled against relief. *See United States v. Moody*, 115 F.4th 304, 310 (4th Cir. 2024) (stating standard). Accordingly, we affirm the district court's order. *United States v. Morgan*, No. 5:05-cr-00042-JPB-JPM-1 (N.D. W. Va. May 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*